# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIA SABBAH, *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| SPRINGFIELD SCHOOL DISTRICT, *Defendant* | : : | No. 19-5564 |

## ORDER

**AND NOW**, this 26th day of May, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 12), Defendant's Amendment to the Motion (Doc. No. 13), Plaintiffs' Response in Opposition to the Motion (Doc. No. 18), Defendant's Reply in Further Support of its Motion (Doc. No. 19), Plaintiffs' Surreply to the Motion (Doc. No. 20), and oral argument held on April 28, 2021, it is **ORDERED** that Defendant's Motion (Doc. No. 12) is **GRANTED**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1